AO 91 (Rev. 11/11) Criminal Complaint                                        AUSA Luke Fiedler (312) 886-0973



**FILED**
**TD**
**4/20/2026**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SEAN LOPEZ

CASE NUMBER: 26 CR 180

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about March 21, 2026, at Carol Stream, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18, United States Code, Sections 2252A(a)(1) | Transportation of child pornography |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

PAIGE
SHPUNT

Digitally signed by PAIGE
SHPUNT
Date: 2026.04.20 09:45:54
-05'00'

Paige Shpunt
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: <u>April 20, 2026</u>

<u>Judge's signature</u>

City and state: <u>Chicago, Illinois</u>

Daniel P. McLaughlin, U.S. Magistrate Judge
<u>Printed name and title</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, Paige Shpunt, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since approximately July 2019.

2.      As part of my duties as an FBI Special Agent, I investigate violations of federal criminal law relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.[1] I have received training in the area of child pornography (as defined in 18 U.S.C. § 2256) and child exploitation, and have observed and reviewed numerous examples of child pornography in multiple forms of media. I have also participated in the execution of multiple federal search warrants, many of which have involved child exploitation and/or child pornography offenses, including warrants to search residences, electronic devices, and social media accounts.

3.      This affidavit is submitted in support of a criminal complaint alleging that SEAN LOPEZ has violated Title 18, United States Code, Section 2252A(a)(1).

---

[1] As used in this affidavit, the term "child pornography" refers to any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(8)(a), or where the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging LOPEZ with the transportation of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1), I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. This affidavit is based on, among other things: (a) my personal knowledge of the facts and circumstances of the investigation described below; (b) information provided by other law enforcement officers, including written and oral reports that I have received from other law enforcement officers; (c) records obtained from Snap, Inc. in response to a federal search warrant; (d) the results of physical surveillance conducted by law enforcement; and (e) my training and experience and the training and experience of other law enforcement officers involved in this investigation.

## I.  SUMMARY OF FACTS SUPPORTING PROBABLE CAUSE

5. In summary, and as set forth in more detail below, between approximately November 2025 and March 2026, the National Center for Missing and Exploited Children (NCMEC) received a total of approximately 45 CyberTipline Reports (CT), alleging an individual, later determined to be SEAN LOPEZ, used

2

various accounts on various platforms to advertise and transport child pornography.[2] LOPEZ created numerous fictitious email addresses, which were used to create numerous accounts on platforms such as X.AI, Rockstar Games, Take-Two Games, YouTube, Twitch, Reddit, X Corp. (Twitter), Google, and Microsoft, for the purpose of advertising a CSAM website and transporting child pornography, including but not limited to as described in detail below.

6. As described more fully below, on or about March 21, 2026, LOPEZ uploaded at least 122 images of child sexual abuse material ("CSAM") to his X.ai Grok application account, which LOPEZ transported using interstate or foreign commerce by means including a computer.

## II. BACKGROUND INFORMATION ON NCMEC

7. The National Center for Missing and Exploited Children (NCMEC) is a private nonprofit corporation, incorporated under the laws of the District of Columbia. It was created in 1984, and its mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. NCMEC serves five main areas: (1) missing children; (2) child sexual exploitation; (3) training; (4) safety and prevention; and (5) child victim and family services. NCMEC operates various programs in pursuit of its mission. Among these programs is the CyberTipline.

8. The CyberTipline receives leads and tips regarding suspected crimes of sexual exploitation committed against children. The CyberTipline began in March

---

[2] Two additional CT reports were found to be associated with LOPEZ but were submitted related to conduct which occurred in 2010.

1998, and since its inception, it has received more than 27 million reports of child sexual exploitation. The CyberTipline provides online users and Electronic Service Providers (ESP) an effective means of reporting internet-related child sexual exploitation, including the possession, manufacture and distribution of child pornography, online enticement of children, and child prostitution, among others.

9.     Reports to the CyberTipline are made by the public and ESPs. ESPs are required by federal law to report apparent child pornography to law enforcement via the CyberTipline. Any United States based company providing an electronic communication service to the public through a facility or means of interstate or foreign commerce is required to register with and report to the CyberTipline.

10.    The CyberTipline reporting mechanism assists law enforcement with the detection and investigation of child sexual exploitation crimes.

## III. FACTS SUPPORTING PROBABLE CAUSE

### A. Information Provided by Rockstar Games to FBI Chicago

11.    On or about March 23, 2026, FBI Chicago received information from an attorney representing Rockstar Games (herein referred to as "Rockstar Games"), regarding a user who used ZenDesk customer support associated with the Grand Theft Auto (GTA) web platform, to inundate customer service with help tickets, which contained child sexual abuse material (CSAM)[3] and/or links to a website containing

---

[3] According to open-source searches and information provided on ZenDesk.com, "ZenDesk is a cloud-based, AI-powered customer service platform designed to manage customer interactions across email, chat, voice, and social media. It centralizes all support requests into a single, unified ticketing system, allowing teams to track, prioritize, and solve issues

CSAM. More specifically, Rockstar Games asserted an individual, later identified as SEAN LOPEZ, was the owner of a Grand Theft Auto (GTA) account with username "NightsLight" ("Subject Account 1"). On or about December 5, 2025, LOPEZ used Subject Account 1 to submit a customer service help "ticket," which is monitored by ZenDesk. The message contained a URL for a website purported to contain CSAM ("the CSAM website"). On or about December 10, 2025, Subject Account 1 promoted the CSAM website in a GTA: Online Session, or chat room. On or about December 17, 2025, Rockstar Games issued a permanent ban on Subject Account 1's access to the GTA Online platform.

12. On or about December 18, 2025, an account with username "Winnnnterrrzzz" ("Subject Account 2") registered for GTA Online using IP address 73.246.75.235 ("IP1"). Also on this date, Subject Account 2 created a customer service ticket advertising the CSAM website, which was previously advertised by Subject Account 1. On or about December 22, 2025, Subject Account 1 created a service ticket from IP1 to advertise the CSAM website. While connected to IP1, Subject Account 1 created a second ZenDesk ticket advertising the CSAM website, and later responded to a customer service email response. On or about December 24, 2025, Subject Account 1 created another ZenDesk ticket advertising the CSAM website using IP1.

13. On or about January 8, 2026, Subject Account 2 created two ZenDesk tickets advertising the CSAM website from IP address 73.44.92.124 ("IP2"). On or

---

efficiently while offering self-service tools and robust analytics" (https://www.zendesk.com/au/what-is-zendesk/).

about January 9, 2026, an email address later used to create a Rockstar Games account with username "underagchildp9rn" ("Subject Account 3"), sent an email advertising the CSAM website to Rockstar Games customer service. On or about January 11, 2026, Subject Account 2 created a ticket, using IP2, advertising the CSAM website. On January 21, 2026, a Rockstar Games account was registered with username "HardChanDOTPW" ("Subject Account 4").[4] On January 25, 2026, Subject Account 4 created a ZenDesk ticket using IP address 73.168.160.75 ("IP3"). On or about January 29, 2026, Subject Account 3 was registered with Rockstar Games using IP3. Subsequently, on or about January 30 and January 31, 2026, Subject Account 3 submitted ZenDesk tickets containing CSAM, using IP3.

14. On or about February 7, an account was registered for Rockstar Games with username "IllegalUndragpor" ("Subject Account 5") using IP address 73.168.160.67 ("IP4"). On or about February 7, 11, and 12, 2026, Subject Account 5 submitted ZenDesk tickets containing CSAM using IP4. Between approximately February 12 and 13, 2026, IP4 was used to create four additional Rockstar Games accounts with the usernames:

    a. Winner01328djd32
    b. LOCKNTARGAMES
    c. hellyeaHKNEEHA
    d. dwdwwww[5]

---

[4] The CSAM website advertised in the ZenDesk customer service tickets as well as in CyberTipline Reports detailed below, contains the text "hardchandotpw" or "hardchan.pw", therefore the accounts used to advertise the website appear to be related to the Rockstar Games account created on January 21, 2026.

[5] Varying iterations of this username were also used in at least four accounts created on X.ai (Grok application) for the purpose of uploading/transporting CSAM by LOPEZ.

15. According to records provided by Rockstar Games, the "Winner01328djd32," "LOCKNTARGAMES," and "hellyeaHKNEEHA" accounts were accessed from the same device used to create Subject Account 5.

16. On or about February 22, 2026, a Rockstar Games account with username "GTA6HILDORN" ("Subject Account 6") was registered using IP address 73.168.161.114 ("IP5"). According to records provided by Rockstar Games, Subject Account 6 was created and accessed using the same device used by Subject Account 1. Between February 22 and 25, 2026, Subject Account 6 submitted three tickets to ZenDesk containing CSAM. This pattern continued through March 11, 2026, resulting in three additional Rockstar Games accounts, created from the same device as Subject Account 1 and Subject Account 6.

**B. Evidence Linking Subject Accounts 1 through 6**

17. Based on the information provided above regarding the IP addresses used by the same devices across multiple accounts to create tickets advertising the same CSAM website, it is my conclusion based on my training and experience that the accounts were created and operated by the same individual. In total, Rockstar Games identified seven accounts and four different devices used by this individual on the reoccurring IP addresses, referenced above, to create customer service tickets containing CSAM, which either advertised the same website for CSAM and/or involved the transportation of CSAM.

18. More specifically, Subject Account 1 is the only account registered with Rockstar Games that also accessed IP1, IP2, IP3, IP4, and IP5, indicating that the

other burner accounts are likely linked to Subject Account 1. The CSAM website link shared across accounts was consistent for Subject Account 1 and Subject Account 2, with the website URL information used as the username for Subject Account 4. Additionally, Subject Account 1 created a Social Club "crew" titled, "hardchandotpw".[6]

19. According to records provided by Rockstar Games, the email address originally used to create Subject Account 1 was "haloskyknight@gmail.com," but was changed to "winterzshadow@gmail.com" on or about July 18, 2018. The phrase "winterszshadow" is referenced in the username of Subject Account 2, as well as in numerous CyberTipline Reports filed by X (Twitter), Google, X.ai (Grok App), and Take-Two Games, explained in further detail below.

**C. NCMEC CyberTipline Reports**

20. Between approximately November 2025 and March 2026, the National Center for Missing and Exploited Children (NCMEC) received a total of approximately 45 CyberTipline Reports (CT), alleging an individual, later determined to be LOPEZ, used various accounts on various platforms to advertise

---

[6] According to the Rockstar Games website, within the Social Club feature of GTA Online, users can create or join a "crew," which is a group of up to 1,000 members, who can chat, collaborate, and compete in "jobs" or challenges against other crews to earn game currency or status (https://socialclub.rockstargames.com/games/gtav/index-signin?ageGate=True).

and transport child pornography.[7] Included below is a summary of CT reports related to LOPEZ which included the transportation of child pornography:[8]

21.     *CT 228118096* – On or about January 17, 2026, NCMEC received a CT report filed by X Corp (formerly Twitter) related to a Tweet posted on or about January 9, 2026 by an account with username "EmmitRodger" and email address "beentocentralrockfordlately@gmail.com." At approximately 4:59 AM (UTC) on January 9, 2026 (approximately 10:59 PM (CST) the previous day) the account tweeted "@RockstarGames https://t.co/vUgAl56Kws," which had three files associated with it, one of which was marked as "apparent child pornography." This account was accessed using IP2 as recently as January 9, 2026, and IP1 as recently as December 23, 2025. I reviewed the image and confirmed the image was CSAM. The image is described below:

> a. An image titled, "G-MkstnWEAAz-0o.jpg", which depicted a young female child, approximately 9 to 13 years old, based on facial features, body size, limb size, lack of breast development, and lack of pubic hair. The child is Caucasian with long brown hair. The child is lying on her back, fully nude, with her legs pulled up by her ears and pinned down by her arms. The child's fingers pulled her vagina apart. The child is lying on what appears to be a bed with a yellow and green comforter with white flowers. At the bottom of the photo, an adult male standing while holding his erect penis appeared to be added to the photo by photoshop, with the placement of the head of the man's penis near the child's vaginal opening.

---

[7] As referenced earlier in this affidavit, there were two additional CT reports located related to identifiers for LOPEZ that were for activity which occurred in 2010.

[8] Due to the volume of CT reports filed related to LOPEZ, a sampling of CT reports involving the transportation of child pornography are included in this affidavit. Details for additional CT reports can be provided to the Court upon request.

22.  *CT 230901826* – On or about March 1, 2026, NCMEC received a CT report filed by Google related to the February 28, 2026 upload of CSAM from an account registered to "North South," email address "northsoutheastwest0420@gmail.com." This account was accessed using IP3 as recently as February 1, 2026; IP2 as recently as January 12, 2026; and IP1 as recently as December 24, 2025, the same dates as listed in CT 230858816. The upload consisted of two files, which included one file depicting a pubescent minor engaging in a sex act (B1) and one file depicting a pubescent minor engaging in lascivious exhibition (B2).[9] Only one of the files was viewed by NCMEC, but both files contained hash values which have previously been identified by NCMEC to be CSAM. I reviewed the image available from NCMEC and determined it was CSAM. The image is described below:

a.  An image titled, "Google-CT-RPT-230901826-8cf1946c2fc7ba563464964bf9cc7332", which depicted a young female child approximately 4 to 8 years old, based on facial features, body size, limb size, lack of breast development, and lack of pubic hair. The child is Caucasian with long light brown/blonde hair. The child is kneeling on her hands and knees, with her body positioned away from the camera, wearing only underwear which

---

[9] NCMEC CT reports classify CSAM in four alphanumeric categories. Classifications beginning with "A" indicate a prepubescent minor and classifications beginning with "B" indicate a pubescent minor. Classifications ending in "1" indicate a "Sex Act", described as "[a]ny imagery depicting sexual intercourse (including genital-genital, oral-genital, genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value." Classifications ending in "2" indicate "Lascivious Exhibition", described as "[a]ny imagery depicting the lascivious exhibition of the anus, genitals, or pubic area of any person, where a minor is engaging in the lascivious exhibition or being used in connection with sexually explicit conduct, which may include but is not limited to imagery where the focal point is on the child's anus, genitals, or pubic area and where the depiction is intended or designed to elicit a sexual response in the viewer."

are pulled down to expose her anus and vagina. The child is peering over her shoulder to face the camera. The child appeared to be kneeling on a bed with a multi-colored striped comforter.

23. *CT 228848013* – On or about January 29, 2026, X Corp. (formerly Twitter) filed a CT report related to the January 27, 2026 upload of CSAM from an account registered to "North1384061," with email address "westeastsouthnorth22@gmail.com." The upload consisted of 2 files, which were classified by NCMEC as "Apparent Child Pornography." This account was registered using IP3 on January 26, 2026, and used IP3 to upload the files on or about January 27, 2026. I reviewed the files and confirmed the files were CSAM. The files are described below:

    a. A video approximately 1 second long, titled "G_o0c4DWIAAozQ2.mp4" depicting a female child, approximately 6 to 10 years old, based on facial features, body and limb size, lack of breast development, and lack of pubic hair. The child was fully nude, seated on a chair with her legs spread open to expose her genitals. An adult male stood next to the chair with his erect penis inserted into the child's mouth. The video showed the penis pushed into the child's mouth and automatically played on a loop to depict a thrusting motion.

    b. An image titled ""G_o0Os-W8AAcznF.jpg" depicting a female child, approximately 8 to 12 years old, based on facial features, body and limb size, lack of breast development, and lack of pubic hair. The child was shown wearing only a garter belt and black lace stockings, with her genitals exposed. The child was laying on her back on what appeared to be a bed with white sheets, as an adult male inserted his erect penis into the child's vagina.

24. *CT 233549045* – On or about March 21, 2026, X.AI LLC filed a CT report related to the March 21, 2026 upload of CSAM to the X.ai Grok application from an account registered to "Anthony Gibbons," with email address

11

"anthonygibbons32@gmail.com" and user-entered birthdate "01-02-1979". Email address "anthonygibbons32@gmail.com" was also used to create a Twitch account with username "hardchandotpwgo," the verbiage used in the CSAM website. This Twitch account was created using IP4 and was accessed as recently as February 13, 2026. On or about February 13, 2026, this Twitch account posted information related to the CSAM website to the comment section of a Twitch broadcast, which was reported to NCMEC, generating a new, related CT report CT230024328.

25.     The March 21, 2026 Grok upload consisted of 122 files, which were classified by NCMEC as possible child pornography. I reviewed 122 images, all of which were CSAM. The images depicted female children between the ages of approximately 7 years old and 13 years old, based on facial features, body and limb size, lack of breast development, and lack of pubic hair. The children were posed in ways to expose their anus or genitals.

      a.  For example, an image titled, "6e373b0f-b942-49fc-a2c3-f71764f672e5.jpg" depicting a fully nude female child, approximately 10 to 13 years old, sitting on the genital area of an unidentifiable person.

26.     The remaining images depicted the same female child, who was approximately 7 to 10 years old, fully nude, lying on her back with her leg bent and lifted to expose her vagina. Two of the images show the child in what appeared to be the original format. The remaining 119 images show the child in the same position with various facial expressions, but with what appeared to be a photo shopped or artificial intelligence-imposed (AI) adult male's penis, scrotum and/or adult male hands touching the child.

    a.  For example, an image titled "491fe716-db0b-4311-811f-b1a8a5b47a1c_media_output.jpg" showed the female child with her leg held up by an adult male's hand, as his other hand held his erect penis near the genitals of the child. An adult male's scrotum is placed near the entry to the child's vagina, which is anatomically incorrect in relation to the penis, suggesting the image has been altered by photoshop or AI. There were dozens of iterations depicting the adult male's hands, penis, and scrotum in different positions on or near the child's genitals.[10]

## D. Review of Additional CSAM Associated with CyberTipline Reports

27.    Of the 45 available CTs related to LOPEZ, 23 CTs had files preserved by NCMEC and were viewable by Agents. In total, the 23 CTs contained 286 files, all which I reviewed.[11] Based on my training and experience, 15 files were classified as child erotica and 271 files were classified as CSAM. All of the children depicted in the CSAM were between the ages of approximately 3 years old and approximately 13 years old, based on facial features, body and limb size, lack of breast development, and lack of pubic hair. All of the nude children were females, however several images depicted a clothed male child engaging in physical contact with a nude female child. The material included fully nude and/or partially nude female children in various positions to expose their anus or genitalia, as well as children engaged in sexual acts with other children and unknown adult men.

## E. Identification of SEAN LOPEZ as the User of Subject Accounts

---

[10] Although the images appeared to be edited by photo shop software or AI software, as indicated through the use of the X.ai Grok application, based on my training and experience, the original image of the child appeared to be a real, live child, not an AI-generated image of a child.

[11] NCMEC originally provided 287 files, however, one file would not open successfully.

28.     According to documents provided by Rockstar Games, on December 22, 2025, Subject Account 1 replied to Rockstar Games customer service via the account's associated email address, which listed "Sean Michael" in the email's header. There were numerous prior ZenDesk tickets submitted by Subject Account 1 which showed "Sean Michael" associated with the submitting email address. According to documents provided by Rockstar Games, the user's self-reported date of birth for Subject Account 1 was August 28, 1989, which is consistent with the birth date for LOPEZ. As described in detail above, the IP addresses utilized by Subject Account 1 were also used by Subject Accounts 2 through 6. Additionally, verbiage used in the ZenDesk tickets as well as the URL advertised related to CSAM, were consistent across accounts.

29.     A query of records with the Illinois Secretary of State (SOS), showed a Sean Michael Lopez, date of birth ███████, with an address of 882 Shenandoah Drive, Carol Stream, Illinois ("Subject Premises"). IP data referenced in records produced by Rockstar Games traced back to the Chicagoland area, including Carol Stream, Berwyn, and LaGrange, all in proximity of Subject Premises. On March 31, 2026, FBI Chicago received subscriber records related to IP1, IP3, IP4, and IP5. On April 9, 2026, FBI Chicago received subscriber records for IP2. These IP addresses were listed as "dynamically assigned," which according to my training and experience, refers to IP addresses for a residential connection which routinely updates numerical addresses over time. All five of the listed IP addresses were registered to:

14

- Subscriber Name: [Individual A][12]
- Service Address: 882 SHENANDOAH DR
- CAROL STREAM, IL 60188-9051
- Bill To Name: SEAN / [Individual A]
- Billing Address: 882 SHENANDOAH DR, CAROL STREAM, IL 60188
- Telephone #: (444) 111-4444
- Type of Service: Internet
- Account Number: 8771201800465274

30.     Additional CT reports generated for accounts unrelated to Rockstar Games utilized IP addresses which overlapped across numerous NCMEC CT reports. Additional personal information provided to create accounts which were linked by IP activity also included identifiers for LOPEZ. For example, CT 224155221, was filed by YouTube on or about November 22, 2025, for an account with username Craig McPhearson, email address: NightsLightz@gmail.com, and with various linked phone numbers, including 630-597-6987, which according to Accurint was linked to LOPEZ. This account was reported for leaving a comment on a YouTube live chat, stating "h a r d c h a n . p w for the best underage little girl ch i l d p o o r n." This text is consistent with text included in the ZenDesk tickets described earlier in this affidavit. On or about February 27, 2026, Google filed CT 230858816, for an account with display name, "Sean Michael" and email address "WinterzShadowLight@gmail.com." The account was accessed from IP3 as recently as February 1, 2026; IP2 as recently as January 12, 2026; and IP1 as recently as December 24, 2025. This account was reported for posting three images of apparent child pornography.

---

[12] Individual A is a person with the same last name as the subject, with the same registered address. Based on information available on Accurint, a trusted law enforcement database used to identify personal information, Individual A is believed to be the father of LOPEZ.

### F. The CSAM Website Advertised by LOPEZ

31.     On April 4, 2026, using a covert computer, I navigated to the CSAM website promoted by LOPEZ in his various messages. The website led to PrivateBin Clearnet site which advertised "DOWNLOAD LINKS" followed by 9 hyperlinks.[13] Below the links was a section titled, "PAY CONTENT" followed by the names of over 1,000 files, with unique titles such as "Brazilian girl and her Stepfather – 15 VIDS – She takes it all and loves it!", "mom/boy clips," and "Older sister jerks and sucks little brother."

---

[13] According to their website, "PrivateBin is a minimalist, open source online pastebin where the server has zero knowledge of stored data." PrivateBin further advertised "plausible deniability" if content which is considered to be illegal in the user's home country is posted on the site (https://privatebin.info/#:~:text=PrivateBin%20is%20a%20minimalist%2C%20open,AES%20in%20Galois%20Counter%20mode.)

## IV.    CONCLUSION

32.    Based on the above information, I respectfully submit that there is probable cause to believe that on or about March 21, 2026, SEAN LOPEZ did knowingly transport child pornography in violation of Title 18, United States Code, Section 2252A(a)(1).

FURTHER AFFIANT SAYETH NOT.

PAIGE SHPUNT   Digitally signed by PAIGE SHPUNT
Date: 2026.04.20 09:47:33 -05'00'

Paige Shpunt
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone April 20 , 2026.

Honorable Daniel P. McLaughlin
United States Magistrate Judge

17