| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 26 CR 180 |
| SEAN LOPEZ | Hon. Beth W. Jantz |

**GOVERNMENT'S MOTION TO DISMISS
COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss without prejudice the Complaint against defendant SEAN LOPEZ charging LOPEZ with transportation of child pornography in violation of Title 18, United States Code, Section 2252A(a)(1). In support thereof, the government states as follows:

1. On April 21, 2026, defendant SEAN LOPEZ was charged by complaint with one count of transportation of child pornography on or about March 21, 2026, in violation of Title 18, United States Code, Section 2252A(a)(1). Dkt. 1.

2. The Court held an initial appearance for LOPEZ on April 21, 2026, and set a preliminary hearing for May 1, 2026. Dkt. 6.

3. On April 30, 2026, the grand jury returned a three-count indictment against LOPEZ in Case No. 26 CR 198. The Indictment charges LOPEZ with one count of transportation of child pornography on or about January 8, 2026 and one count of transportation of child pornography on or about January 26, 2026, both in violation of Title 18, United States Code, Section 2252A(a)(1). The Indictment also

charges LOPEZ with one count of possession of child pornography depicting a prepubescent minor on or about April 21, 2026, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2). Case No. 26 CR 198, Dkt. 1.

4.      In light of the recently returned Indictment in Case No. 26 CR 198, the government moves to dismiss the Complaint in Case No. 26 CR 180.

5.      On May 1, 2026, counsel for LOPEZ advised the government that he does not object to the requested dismissal of the Complaint in Case No. 26 CR 180 without prejudice.

WHEREFORE, the United States respectfully requests that the Complaint in this case be dismissed without prejudice, specifically, the Complaint charging SEAN LOPEZ with one count of transportation of child pornography on or about March 21, 2026, in violation of Title 18, United States Code, Section 2252A(a)(1).


Respectfully submitted,

ANDREW S. BOUTROUS
United States Attorney

By:      /s/ *Luke Fiedler*
LUKE FIEDLER
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois
(312) 886-0973